

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Criminal Case No. 08CR2633-H |
|                             ) | |
|        Plaintiff,           ) | **I N F O R M A T I O N** |
|                             ) | |
|   v.                        ) | Title 21, U.S.C., Secs. 952 and |
|                             ) | 960 - Importation of Marijuana |
| ALBERTO RADAMES GARCIA-JIMENEZ, ) | (Felony) |
|                             ) | |
|        Defendant.           ) | |

The United States Attorney charges:

On or about July 9, 2008, within the Southern District of California, defendant ALBERTO RADAMES GARCIA-JIMENEZ, did knowingly and intentionally import approximately 30.66 kilograms (67.45 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: August 7, 2008.

KAREN P. HEWITT
United States Attorney

SABRINA L. FÈVE
Assistant U.S. Attorney

SLF:mg:Imperial
8/6/08